FIEDLER DEUTSCH, LLP
Adam E. Deutsch (AD8836)
adeutsch@fiedlerdeutsch.com
81 Main Street, Suite 304
White Plains, New York 10601
914-993-0393

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALARIE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **Case No.: 7:26-cv-5127**<br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT** |

Plaintiff, complaining of defendant, by her attorneys, FIEDLER DEUTSCH, LLP

respectfully alleges upon information and belief as follows:

**FIRST CAUSE OF ACTION**

1.     Valarie Young resides in Bronx County, State of New York.

2.     Comprehensive Family Care Center operates a medical facility at 1621

Eastchester Road, County of Bronx, State of New York.

3.     Comprehensive Family Care Center was deemed eligible for coverage under

the Federal Tort Claims Act.

4.     This action against defendant, UNITED STATES OF AMERICA, arises

under the Federal Tort Claims Act, 28 U.S.C. Sec. 1346(b) and 2671 et seq. Jurisdiction and

venue over this action properly lie in this Court.

5.      On or about December 8, 2025, plaintiff served a SF-95 Claim for Damages, Injury or Death upon the U.S. Department of Health and Human Services, Office of the General Counsel, General Law Division, Claims & Employment Law Branch.

6.      More than six months have elapsed since the presentation of said Claim and no adjustment, payment or final determination has been made.

7.      Plaintiff, VALARIE YOUNG, received medical care and treatment at Comprehensive Family Care Center located at 1621 Eastchester Road, Bronx, New York, 10461 by its agents, servants and/or employees including Mark D. Levine, M.D. from on or about August 30, 2022 to the present.

8.      At all times herein mentioned, defendant, UNITED STATES OF AMERICA, its agents, servants and/or employees at Comprehensive Family Care Cener, including, Mark D. Levine, M.D. rendered medical care and treatment to plaintiff, VALARIE YOUNG.

9.      At all times herein mentioned, defendant, UNITED STATES OF AMERICA, its agents, servants and/or employees at Comprehensive Family Health Center, including Mark D. Levine, M.D. owed a duty to care for and treat plaintiff, VALARIE YOUNG, in accordance with good and accepted community standards.

10.      At all times herein mentioned, defendant, UNITED STATES OF AMERICA, its agents, servants and/or employees at Comprehensive Family Care Center, including Mark D. Levine, M.D. were negligent and careless in the medical care and treatment rendered to plaintiff, VALARIE YOUNG, in among other things, performing an unnecessary hysterectomy, failing to obtain an informed consent, failing to disclose the risks, benefits and alternatives to the procedure, negligently performing the hysterectomy and failing to obtain appropriate consults including, but not limited to, urology.

11.      As a result of the aforementioned, plaintiff, VALARIE YOUNG, sustained severe and serious personal injuries, conscious pain and suffering, mental anguish and

emotional distress and loss of enjoyment of life. These injuries and damages, included, but were not limited to, damage to her ureters, bladder and vagina, urinary problems including leakage requiring the use of diapers, development of a fistula necessitating additional surgery, need for nephrostomy tubes, sepsis, coma, inability to walk and use her hands, need for rehabilitation including physical and occupational therapy, the need for an ostomy bag, and the development of a hernia, all of a permanent and lasting nature. She was also incapacitated from attending to usual activities and daily functions and was caused to and will continue to spend money for medical and hospital care.

12.    As a result of the foregoing plaintiff, VALARIE YOUNG, sustained damages in the sum of $5,000,000.00.

### SECOND CAUSE OF ACTION

13.    Plaintiff repeats, reiterates and realleges each and every allegation contained in those paragraphs of this complaint numbered "1" through "12" inclusive, with the same force and effect as if hereinafter set forth at length.

14.    Defendants failed to inform plaintiff of the risks, hazards and alternatives in connection with the care and treatment rendered so that informed consent could be given.

15.    Reasonably prudent people in the plaintiff's position would not have undergone the procedures utilized if fully informed of the risks, hazards and alternatives connected with said procedures.

16.    The failure to adequately and fully inform plaintiff of the risks, hazards and alternatives to the care and treatment rendered, is a proximate cause of the injury plaintiff sustained.

17.    Because of the foregoing there was no informed consent to the procedures utilized.

18.    Because of the foregoing plaintiff, VALARIE YOUNG, sustained damages in the sum of $5,000,000.00.

**WHEREFORE**, plaintiff prays that defendant be cited to appear and answer herein and that upon final hearing plaintiff have judgment against defendant for all damages described herein, plus interest and costs and such other and further relief to which plaintiff may be entitled.

Dated: White Plains, New York
        June 17, 2026

Yours, etc.

FIEDLER DEUTSCH, LLP
By: *Adam E. Deutsch*
ADAM E. DEUTSCH (AD8836)
Attorney for Plaintiff
81 Main Street
White Plains, NY 10601
914-993-0393
adeutsch@fiedlerdeutsch.com

## CERTIFICATE OF MERIT

I, ADAM E. DEUTSCH, have reviewed the facts of the case and have consulted with at least one physician licensed to practice medicine in this State and I reasonably believe that the expert is knowledgeable in the relevant issues involved and I have concluded on the basis of such review and consultation that there is a reasonable basis for the commencement of this suit.

Dated:  White Plains, NY
        June 17, 2026

*Adam E. Deutsch*
ADAM E. DEUTSCH